IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 24- |
| v. | : | DATE FILED: December 12, 2024 |
| JULISSA TORRES-DIAZ | : | VIOLATION: |
| | : | 18 U.S.C. § 924(a)(1)(A) (false statements to a federal firearms licensee – 1 count) |
| | : | |
| | : | Notice of forfeiture |

**INDICTMENT**

**COUNT ONE**

THE GRAND JURY CHARGES THAT:

At all times material to this indictment:

1. Wolverine Weaponry, LLC, located at 393A Nazareth Pike, Bethlehem, Pennsylvania 18020, was a federal firearms licensee ("FFL") and was authorized to deal in firearms under federal laws.

2. FFLs are licensed, among other things, to sell firearms and ammunition. Various rules and regulations, promulgated under the authority of Chapter 44, Title 18, United States Code, govern the manner in which FFLs are permitted to sell firearms and ammunition.

3. The rules and regulations governing FFLs require that a person seeking to purchase a firearm fill out a Firearm Transaction Record, ATF Form 4473 ("Form 4473"). Part of Form 4473 requires that the prospective purchaser certify that all his or her answers on Form 4473 are true and correct. Question 21.a. of Form 4473 requires that the prospective purchaser certify truthfully, subject to penalties of perjury, that he or she was the actual buyer of the firearm.

Form 4473 contains the following language in bold type: **"Warning: You are not the actual buyer if you are acquiring the firearm(s) on behalf of another person. If you are not the actual buyer, the dealer cannot transfer the firearm(s) to you."** In the certification section of Form 4473, the actual buyer must certify that his or her answers to the questions on the form are "true, correct, and complete," and acknowledge by his or her signature that "making any false oral or written statement . . . is a crime punishable as a felony under Federal law, and may also violate State and/or local law."

    4.    FFLs are required by law to maintain a record, in the form of a completed Form 4473, of the identity of the actual buyer of firearms sold by the FFL, including the buyer's home address and date of birth, to ensure that the person was not prohibited from purchasing a firearm.

    5.    On or about April 29, 2021, in the Eastern District of Pennsylvania, defendant

**JULISSA TORRES-DIAZ**

in connection with the acquisition a SCCY CPX-1 9mm semi-automatic pistol bearing serial number C102870 from Wolverine Weaponry, LLC, an FFL, knowingly made a false statement and representation with respect to information required by the provisions of Chapter 44, Title 18, United States Code, to be kept in the FFL's records, in that defendant TORRES-DIAZ certified on Form 4473 that she was the actual buyer of the firearm, when in fact, as TORRES-DIAZ knew, this statement was false and fictitious.

    All in violation of Title 18, United States Code, Section 924(a)(1)(A).

## NOTICE OF FORFEITURE

**THE GRAND JURY FURTHER CHARGES THAT:**

1. As a result of the violation of Title 18, United States Code, Section 924(a)(1)(A), set forth in this indictment, defendant

**JULISSA TORRES-DIAZ**

shall forfeit to the United States of America the firearms and ammunition involved in the commission of such offenses, including, but not limited to, a SCCY CPX-1 9mm semi-automatic pistol bearing serial number C102870.

All pursuant to Title 28, United States Code, Section 2461(c) and Title 18, United States Code, Section 924(d).

A TRUE BILL:

███████████████

_/s/ for_

**JACQUELINE C. ROMERO**
**UNITED STATES ATTORNEY**

No.24-

# UNITED STATES DISTRICT COURT

Eastern District of Pennsylvania

<u>Criminal Division</u>

## THE UNITED STATES OF AMERICA

vs.

## JULISSA TORRES-DIAZ

### INDICTMENT

18 U.S.C. § 924(a)(1)(A) (false statements to a federal firearms licensee – 1 count)
Notice of forfeiture



Filed _____ day, _____